IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.              Case No.5:26-CR-50005-001

NATHAN WHARRY                                               DEFENDANT

## O R D E R

The Defendant requested a detention hearing at the arraignment on an indictment conducted this date.   Accordingly, the Defendant is considered detained and remanded to the custody of the United States Marshals Service pending outcome of detention hearing.

The detention hearing is scheduled for **Tuesday February 17, 2025, at 10:30 a.m.**, **5th Floor Courtroom (Rm 509), in Fayetteville**.

SO ORDERED this 12th day of February 2026.

/s/ Christy Comstock
HON. CHRISTY COMSTOCK
CHIEF UNITED STATES MAGISTRATE JUDGE