IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA        )
        )
v.        )      CASE NO. 5:26-CR-50005
        )
        )
NATHAN WHARRY        )

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Notice is hereby given that, Benjamin Wulff, Assistant U.S. Attorney, for the Western District of Arkansas, enters his appearance as co-counsel on behalf of the United States of America.

DATED: February 13, 2026.

Respectfully submitted,

KIMBERLY D. HARRIS
INTERIM UNITED STATES ATTORNEY

By: */s/ Benjamin Wulff*

Benjamin Wulff
Assistant United States Attorney
Arkansas Bar No. 2005190
414 Parker Avenue
Fort Smith, AR 72901
479-249-9044
Email: Ben.Wulff@usdoj.gov

1

## CERTIFICATE OF SERVICE

I, Benjamin Wulff, Assistant U.S. Attorney for the Western District of Arkansas, hereby certify that on February 13, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all participants of record.

*/s/ Benjamin Wulff*

Benjamin Wulff
Assistant U.S. Attorney

2