IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE    DIVISION

## MINUTES

USA

PLAINTIFF

    ATTY: Tyler Williams, AUSA

Nathan Wharry

DEFENDANT

    ATTY:  Drew Ledbetter, retained

JUDGE: Christy D. Comstock,  Chief U. S. Magistrate Judge

REPORTER:  Roxana Guerrero, ECRO

CLERK:  Roxana Guerrero

CASE NO. 5:26CR-50005-001

DATE:  February 17, 2026

ACTION:  Detention Hearing

| TIME | MINUTES |
|---|---|
| 10:37 am | CONVENE - Room 509 |
| | Opening Remarks by the Court; procedural history of case |
| | No testimony offered by the Government; Proffers argument |
| | Government rests |
| | Testimony on behalf of Defense |
| | Witness identified & sworn |
| | D1.) Sarah Wharry |
| | D2.) Karen Gilbert |
| | Defendant exhibit # 1 admitted; no objection |
| | Defendant rests |
| | Closing Arguments by Government |
| | Closing Arguments by Defense |
| | Address by Court; detail factors weighed in decision |
| | Court takes matter under advisement |
| | Order to follow |
| 11:24 am | Adjourn |
| | |
| | |
| | |
| | |
| | |
| | |
| | |