IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

VS.                                    CRIMINAL NO. 5:26-50005-001 TLB

NATHAN WHARRY                                                               DEFENDANT

## ORDER OF DETENTION

The undersigned conducted a detention hearing in this matter on February 17, 2025, at which counsel for the United States, AUSA Tyler Williams, and Defendant, along with his counsel, Drew Ledbetter, all appeared in person, and evidentiary proffers along with witness testimony were admitted into the record. After consideration of the same, along with arguments of counsel, pursuant to 18 U.S.C. § 3142(g), the undersigned finds that Defendant's release plan does not mitigate the danger the United States established that Defendant presents to the community or to any person. However, because many of the considerations of § 3142(g)(3)(A) and (B) tip in favor of Defendant's release, the Court will reopen this matter should Defendant present a release plan which does not include residing with any minor children.

**IT SO ORDERED** this 18th day of February 2026.

*Christy Comstock*
CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE