IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO: 5:26-CR-50005-001 |
| VS. | ) | |
| | ) | |
| NATHAN WHARRY | ) | |

## **MOTION FOR CONTINUANCE OF JURY TRIAL**

Comes now the Defendant, Nathan Wharry, by and through his counsel, Drew Ledbetter, and for his Motion for Continuance of Jury Trial does state as follows:

1.     This matter is currently scheduled for a trial on April 6, 2026 at 9:00 a.m.

2.     The Defendant had an arraignment in this matter on February 12, 2026.

3.     Due to the nature of the case, Counsel needs additional time to review discovery with the Defendant in order to adequately prepare for trial.

4.     The undersigned counsel has contacted AUSA Tyler Williams who voices no objection to this Motion for Continuance.

5.     The defense will take the time for speedy trial purposes, and respectfully asks this matter be continued.

6.     This motion for continuance is not for the purposes of delay, but for the means and ends of justice.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that this Court grant the Motion for Continuance of Jury Trial.

Respectfully Submitted,
NATHAN WHARRY

BY:    /s/ *Drew Ledbetter*

DREW LEDBETTER
LEDBETTER │ CLINE, P.L.L.C.
P.O. Box 4039
Fayetteville, AR 72702
(479) 444-7444
Supreme Court Number 2003142
drew@ledbettercline.com

## CERTIFICATE OF SERVICE

I, Drew Ledbetter, hereby certify that on the 16th day of March, 2026, I electronically filed the foregoing with the Clerk of the Court using CM/EFC System which will send notification of such filing to the following:

Honorable Tyler Williams
United States Attorney's Office

/s/ *Drew Ledbetter*

DREW LEDBETTER