IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

V.                              CASE NO. 5:26-CR-50005-001

NATHAN WHARRY                                               DEFENDANT

## ORDER

Before the Court is Defendant Nathan Wharry's Motion for Continuance of Jury Trial filed March 16, 2026 (Doc. 20). Counsel for Plaintiff was contacted and has no objection to this continuance.

IT APPEARING to the Court that a continuance is appropriate, it is ORDERED that the Motion be, and it is hereby, **GRANTED**, and the case is reset for a JURY TRIAL to commence at the call of court during its trial term beginning on **JUNE 9, 2026, at 9:00 a.m.** A pretrial conference shall be conducted on **JUNE 8, 2026, at 9:00 a.m.** The following pretrial deadlines shall apply:

- Pursuant to Federal Rule of Criminal Procedure 12(c), any defense, objection or request capable of determination without trial of the general issue[1] must be raised by written motion filed not later than twenty-one (21) days prior to the trial date set by the Court. Any response to such a motion must be filed within seven (7) days after service of the motion. These time limits shall not apply, however, in the event the Government has not provided discovery to the Defendant.

---

[1] Those matters include, but are not limited to, those listed in Fed. R. Crim. P. 12(b)(3): (1) defects in the institution of the prosecution, (2) defects in the indictment, (3) suppression of evidence, and (4) severance under Fed. R. Crim. P. 14. Also included, without limitation, are (5) selective or vindictive prosecution, (6) outrageous Governmental misconduct, (7) misjoinder, (8) pre-indictment delay, (9) speedy trial, (10) prejudicial publicity, (11) lack of personal jurisdiction, (12) *Posse Comitatus* Act [18 U.S.C. 1385], (13) recantation as a defense to perjury, (14) limitations, (15) double jeopardy, (16) multiple sentencing, and (17) immunity.

- Motions in Limine - due two (2) weeks prior to trial;

- Responses to Motions in Limine - due one (1) week prior to trial;

- Proposed Jury Instructions (agreed/disputed) - due one (1) week prior to trial; and

- Witness and Exhibit Lists - due one (1) business day prior to the pretrial conference

The Court grants this continuance based on its findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial, because otherwise the defendant's counsel would be denied the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The time between the trial date of April 6, 2026, and the reset trial term of June 9, 2026, which potentially extends through June 12, 2026, is excludable for speedy trial purposes. *See* 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO ORDERED** this _20th_ day of March, 2026.

_____
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE

2