IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA )
)
v. ) CRIMINAL No.: 5:26-CR-50005-001
)
NATHAN WHARRY )

**FINAL ORDER OF FORFEITURE**

On June 23, 2026, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed. R. Crim. P. 32.2(b). Doc. 26. In the Preliminary Order of Forfeiture, a Seagate 8TB SATA HDD, Seagate 1TB External SATA HDD, Seagate 1TB External SATA HDD, WD My Passport 1 TB External SATA HDD, and a Custom-Built Computer with a serial number 37201801800176, were forfeited to the United States pursuant to Title 18 U.S.C. § 2253, incorporating by reference Title 21 U.S.C. § 853.

The United States was required to publish notice of this order pursuant to Fed. R. Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. § 853(n)(1). On September 15, 2026, an attorney for the United States filed a Notice of Proof of Publication showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. Doc. 36. The deadline for filing claims was September 7, 2026. No third-party claims have been filed.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), a Preliminary Order of Forfeiture becomes final as to a defendant at sentencing.

Accordingly, it is hereby ORDERED, DECREED, AND ADJUDGED:

1. That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed. R. Crim. P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on June 23, 2026, shall become final at this time.

IT IS SO ORDERED this 10th day of November 2026.

HONORABLE TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE